USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Election Commission,

                  Plaintiff,

-against-

LatPAC and Chalin M. Askew, in his official capacity as treasurer of LatPAC,

                  Defendants.

1:21-cv-06095 (ALC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Friday, November 12, 2021, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              November 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge