UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Election Commission,

                              Plaintiff,

    -against-

LatPAC et al.,

                              Defendants.

1:21-cv-06095 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Monday, March 7, 2022, Plaintiff shall file a reply memorandum in support of their motion for default judgment addressing Defendant Askew's argument regarding the amount of the civil penalty to be imposed. (*See* Askew Opp. Mem., ECF No. 35.)

    The Clerk of Court is respectfully requested to mail a copy of this Order to *pro se* Defendant Askew.

**SO ORDERED.**

Dated:     New York, New York
            February 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge