```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FEDERAL ELECTION COMMISSION,           :
                                       :
                    Plaintiff,         :
                                       :   21-cv-6095 (ALC) (SDA)
        -against-                      :
                                       :   ORDER ADOPTING
LATPAC and CHALIN M. ASKEW,            :   REPORT AND
                                       :   RECOMMENDATION
                    Defendants.        x
------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/6/22_____

**ANDREW L. CARTER, JR., District Judge:**

On November 4, 2021, this matter was referred to United States Magistrate Judge Stewart D. Aaron for general pretrial matters. ECF No. 19. On January 6, 2022, I issued an amended Order of Reference, referring Plaintiff Federal Election Commission's ("Commission") motion for default judgment. ECF No. 22. The Court now considers the Report and Recommendation issued by Magistrate Judge Aaron, recommending that Plaintiff's motion be granted. ECF No. 42.

Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety.

Therefore, I award the following relief:

1. Civil penalty against Defendants in the amount of $56,400;

2. Declaration that LatPAC and Defendant Askew in his official capacity as LatPAC's treasurer violated 52 U.S.C. § 30104(a) and (b) by failing to file LatPAC's disclosure reports and failing to disclose LatPAC's receipts, disbursements and debts;

3. Order that LatPAC and Askew file all overdue reports and disclose all information to the Commission as required by the Federal Election Campaign Act and Commission regulations;

4. Permanent Injunction prohibiting LatPAC and Askew from failing to file required disclosure reports.

The Clerk of Court is respectfully directed to enter judgment, terminate the motion at ECF No. 26, and close this case.

**SO ORDERED.**

**Dated: May 6, 2022**
     **New York, New York**

    **ANDREW L. CARTER, JR.**
    **United States District Judge**