UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEDERAL ELECTION COMMISSION,
                           Plaintiff,

-against-

LATPAC and CHALIN M. ASKEW,
                           Defendants.
-----------------------------------------------------------X

21 CIVIL 6095 (ALC)(SDA)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2022, in light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Report and Recommendation is adopted in its entirety. Therefore, the following relief is awarded: 1. Civil penalty against Defendants in the amount of $56,400; 2. Declaration that LatPAC and Defendant Askew in his official capacity as LatPAC's treasurer violated 52 U.S.C. § 30104(a) and (b) by failing to file LatPAC's disclosure reports and failing to disclose LatPAC's receipts, disbursements and debts; 3. Order that LatPAC and Askew file all overdue reports and disclose all information to the Commission as required by the Federal Election Campaign Act and Commission regulations; 4. Permanent Injunction prohibiting LatPAC and Askew from failing to file required disclosure reports; accordingly, the case is closed.

**Dated:** New York, New York
           May 9, 2022

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                               **BY:**
                                                                 **Deputy Clerk**